CERTIFICATE OF SERVICE   - CR 02-00552DAE

USA vs. LILO  J.  FAAFITI

Copy of the Ninith Circuit Court of Appeal "Order" received  - mailed to stand-by counsel, Gary G. Singh and appellant at Lompoc via first class mail.

by Laila M. Geronimo, Deputy Clerk - USDC-HI
01/19/06

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 9 2006

at 9 o'clock and 15 min. AM
SUE BEITIA, CLERK