IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 02-00552 DAE |
| ) | |
| Plaintiff- ) | ORDER APPOINTING COUNSEL |
| Appellee, ) | |
| ) | |
| vs. ) | |
| ) | |
| LILO J. FAAFITI, (04) ) | |
| ) | |
| Defendant- ) | |
| Appellant. ) | |
| ) | |
| _____ ) | |

ORDER APPOINTING COUNSEL

On May 18, 2006, the United States Court of Appeals for the Ninth Circuit filed an Order granting Defendant Appellant's appointed counsel's Motion to withdraw as counsel and Defendant Appellant's Motion for appointment of new counsel.

Pursuant to the May 18, 2006 order and in accordance with Criminal Local Rule 44.1, DeAnna Dotson, Esq. is hereby appointed as counsel for Defendant Appellant.

```
IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, May 18, 2006.
```




Kevin S.C. Chang
United States Magistrate Judge

CRIMINAL NO.02-00552 DAE; UNITED STATES OF AMERICA vs. LILO J. FAAFITI; ORDER APPOINTING COUNSEL