Re:   U.S. District Court Case No.:   CR02-00552TSZ-4
      Short Case Title:                USA v. FAAFITI

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 12/20/02 | ESR –tape C5 977 | Arraignment and Plea |
| 02/05/03 | ESR – tape 5 989 | A&P Superseding Indictment |
| 08/06/03 | ESR – tape C5 1155 | Motion withdraw counsel |
| 11/24/03 | ESR – tape C5 1210 | Motion modification detention |
| 01/12/04 | ESR – tape C5-C2 11:14-11:32 | Motion withdraw counsel |
| 07/23/04 | ESR – tape CD#6 11:58-12:27 | Motion withdraw counsel |
| 07/28/04 | ESR – tape C5CD#6 10:37-11:09 | Con't hearing on Motion |
| 10/12/04 | Cynthia Fazio | Motion to dismiss |
| 10/12/04 | Cynthia Fazio | Jury selection |
| 10/13/04 | Cynthia Fazio | Jury trial day 1 |
| 10/14/04 | Cynthia Fazio | Jury trial day 2 |
| 10/15/04 | Cynthia Fazio | Jury trial day 3 |
| 10/18/04 | Cynthia Fazio | Jury trial day 4 |
| 10/19/04 | Cynthia Fazio | Jury trial day 5 |
| 05/23/05 | ESR Aha Kupono | Sentencing |