FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10501__   U.S. District Court Case No. __CR02-00552TSZ__
Short Case Title __USA v L. Faafiti__
Date Notice of Appeal Filed by Clerk of District Court __7-8-05__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | Voir Dire |
| | | Opening ___ o'clock and ___ min __ M |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| __See Attached__ | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __9 June 06__
Estimated date for completion of transcript ____
Signature of Attorney __[signature]__   Phone Number __391-7308__
Address __PO Box D00853 Kapolei HI 96709-0853__

### SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

____ Approximate Number of Pages in Transcript--Due Date ____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __8/14/06__   Court Reporter's Signature __Jessica B. Cahill__

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn __9/26/06__   BY: __[signature]__
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

Re:   U.S. District Court Case No.:   CR02-00552TSZ-4
      Short Case Title:                USA v. FAAFITI

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| ✓ 12/20/02 | ESR –tape C5 977 | Arraignment and Plea ✓ |
| ✓ 02/05/03 | ESR – tape 5 989 | A&P Superseding Indictment ✓ |
| ✓ 08/06/03 | ESR – tape C5 1155 | Motion withdraw counsel ✓ |
| ✓ 11/24/03 | ESR – tape C5 1210 | Motion modification detention |
| ✓ 01/12/04 | ESR – tape C5-C2 11:14-11:32 | Motion withdraw counsel ✓ |
| ✓ 07/23/04 | ESR – tape C5 11:58-12:27 | Motion withdraw counsel ✓ |
| ✓ 07/28/04 | ESR – tape C5CD#6 10:37-11:09 | Con't hearing on Motion ✓ |
| 10/12/04 | Cynthia Fazio | Motion to dismiss |
| 10/12/04 | Cynthia Fazio | Jury selection |
| 10/13/04 | Cynthia Fazio | Jury trial day 1 |
| 10/14/04 | Cynthia Fazio | Jury trial day 2 |
| 10/15/04 | Cynthia Fazio | Jury trial day 3 |
| 10/18/04 | Cynthia Fazio | Jury trial day 4 |
| 10/19/04 | Cynthia Fazio | Jury trial day 5 |
| 05/23/05 | ESR Aha Kupono | Sentencing ✓ |