# RECORDS RETURN

| | |
|---|---|
| DATE: | July 10, 2007 |
| TO: | UNITED STATES DISTRICT COURT<br>District of Hawaii (Honolulu) |
| FROM: | U.S. COURT OF APPEALS, NINTH CIRCUIT |
| | BY: Alice Rosenbach (for Judge Richard C. Tallman)<br>(206) 553-6300 |
| TITLE: | **U.S.A. v. Yamaguchi; U.S.A. v. Lilo Faafiti**<br>(Multi-Defendants Case) |
| CA No. | 05-10528; 05-10501        DC No. CR-02-00552TSZ-02<br>                                                              CR -02-00552TSZ-04 |

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 11 2007
DISTRICT OF HAWAII

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: 6

6    VOL. CLERK'S FILE(S)

     VOL. REPORTER'S TRANSCRIPT(S)

**Other**: certified copy of docket sheet
            Sealed Doc. No. 304

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco