ORIGINAL

...rt OF APPEALS

...CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2007

at 12 o'clock and 40 min. P M
SUE BEITIA, CLERK

No. 05-10501
D.C. No. CR-02-00552-DAE / TSZ

COPY FOR YOUR INFORMATION

**JUDGMENT**

...t Court for the District of Hawaii

...e Transcript of the Record from the

...of Hawaii (Honolulu) and was duly

...here ordered and adjudged by this

...t Court in this cause be, and hereby is

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

HONORABLE THOMAS S. ZILLY
410 WILLIAM KENZO NAKAMURA
UNITED STATES COURTHOUSE
1010 FIFTH AVENUE
SEATTL...

NIXIE    980    DC 1       00   07/18/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

PRESORTED FIRST CLASS

UNITED STATES POSTAGE $00.37³
MAILED FROM ZIP CODE 96817
JUL 12 2007

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 23 2007
12:15 pm
DISTRICT OF HAWAII

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL - 9 2007

by: _____
Deputy Clerk