

**Send to Printer**

**Previous Page**

**Directory Changes**

**Thomas S. Zilly, Senior District Judge**
**District of Washington Western Appointed: 04/20/88**

Updated: 04/03/07

Voice: 206-370-8830

Fax: 206-370-8831

E-mail: Thomas Zilly/WAWD/09/USCOURTS

**No Photo Available**

**Mailing/Delivery Address**
(Use Ctrl-C below to copy and then Ctrl-V to paste to your document)

```
Honorable Thomas S. Zilly
United States District Court
15229 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271
```